# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE CO.,<br><br>Defendant. | Case No. 2:15-cv-00776-RFB-CWH<br><br>**ORDER** |

Before the Court are Plaintiff's Motion to Compel Production of Withheld Documents and for In Camera Inspection of Documents (doc. # 17), filed September 22, 2015, and Defendant's Motion to Quash Subpoena (doc. # 23), filed October 8, 2015.

To aid this Court's preparation for the motions hearing set on October 27, 2015, this Court directs Defendant to provide the following documents for in-camera inspection: MIC00427, MIC02303, MIC00640, MIC00776, MIC00777, MIC00449, and MIC00450. Defendant shall submit these documents directly to this Court's chambers no later than Monday, October 26, 2015 at 12:00 p.m.

Accordingly, **IT IS HEREBY ORDERED** that Defendant shall submit documents MIC00427, MIC02303, MIC00640, MIC00776, MIC00777, MIC00449, and MIC00450 directly to this Court's chambers for in camera review **no later than Monday, October 26, 2015 at 12:00 p.m.**

**IT IS FURTHER ORDERED** that Defendant shall submit the documents requested in a binder with tabs and label each document so it is easily identifiable.

DATED: October 22, 2015

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**