KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
CONOR P. FLYNN, ESQ.
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: 702-678-5070
Facsimile: 702-878-9555
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com
bjohansson@armstrongteasdale.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>MID-CENTURY INSURANCE COMPANY, a California corporation, DOES 1-10, ROE COMPANIES, 1-10, DOE INDIVIDUALS, 1-10, MOE LIMITED LIABILITY COMPANIES, 1-10; and NOE PARTNERSHIPS, 1-10,<br><br>Defendants. | Case No.: 15-CV-00776-RFB-CWH<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

      Conor P. Flynn seeks leave of court to be permitted to withdraw as counsel of record for Plaintiff Southern Highlands Community Association ("Southern Highlands"). Kevin R Stolworthy, who has appeared as counsel for Plaintiff on all pleadings filed to date, will remain as counsel. As a

/ / /

/ / /

/ / /

/ / /

/ / /

1

result, none of the deadlines will be altered in this case. Mr. Flynn will be leaving Armstrong Teasdale and requests that he be permitted to withdraw as counsel of record in this case.

Dated this 19th day of September, 2017

ARMSTRONG TEASDALE LLP

By: /s/ *Conor P. Flynn*
KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 002798
CONOR P. FLYNN, ESQ.
Nevada Bar No. 11569
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED: 9/22/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing MOTION TO WITHDRAW AS COUNSEL was served:

☒ via electronic service to the address(es) shown below:

David J. Feldman    srose@feldmangraf.com; dfeldman@feldmangraf.com; jsavage@feldmangraf.com

☐ via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

David J. Feldman, Esq.
Feldman Graf, P.C.
8845 W. Flamingo Road, Ste. 110
Las Vegas, NV 89147
*Attorneys for Defendant Mid-Century Insurance Company*

Date: September 19, 2017      /s/*Sheila A. Darling*
                              An employee of Armstrong Teasdale LLP

3