1  David J. Feldman, Esq.
   Nevada Bar No. 5947
2  FELDMAN GRAF, P.C.
   8831 West Sahara Avenue
3  Las Vegas, Nevada 89117
   Telephone: (702) 949-5096
4  Facsimile: (702) 949-5097
   dfeldman@feldmangraf.com
5  Attorneys for Defendant
   Mid-Century Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>MID CENTURY INSURANCE COMPANY, a California corporation, DOES 1-10, ROE COMPANIES, 1-10, DOE INDIVIDUALS, 1-10, MOE LIMITED LIABILITY COMPANIES, 1-10; and NOE PARTNERSHIPS, 1-10,<br><br>        Defendants. | Case No.: 2:15-cv-00776-RFB-CWH |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the Plaintiff Southern Highlands Community Association, by and through their counsel of record, Kevin R. Stolworthy, Esq. of the law firm of Armstrong Teasdale, LLP and Defendant Mid-Century Insurance Company, by and through its counsel of record, David J. Feldman, Esq. of the law firm of Feldman Graf, P.C., that Case No.2:15-

. . .

. . .

. . .

. . .

. . .

. . .

1

cv-00776- RFB-CWH entitled *Southern Highlands Community Association v. Mid-Century Insurance Company*, is hereby dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs and any interest.

**IT IS SO STIPULATED.**

Dated:  3/12/19  

By:  /s/ David J. Feldman  
David J. Feldman, Esq.  
Nevada Bar No. 5947  
FELDMAN GRAF, P.C.  
8831 West Sahara Avenue  
Las Vegas, Nevada 89117  
Telephone: (702) 949-5096  
Facsimile: (702) 949-5097  
Attorneys for Defendant  
Mid-Century Insurance Company  

Dated:  3/12/19  

By:  /s/ Kevin R. Stolworthy  
Kevin R. Stolworthy, Esq.  
Nevada Bar No. 2798  
Conor P. Flynn, Esq.  
Nevada Bar No. 11569  
Armstrong Teasdale, LLP  
3770 Howard Hughes Parkway, Suite 200  
Las Vegas, NV 89169  
Telephone: (702) 678-5070  
Facsimile: (702) 878-9555  
Attorneys for Plaintiff  
 Southern Highlands Community Association  

**IT IS SO ORDERED.**

_____  
RICHARD F. BOULWARE, II  
UNITED STATES DISTRICT JUDGE  

DATED this 13th day of March, 2019.